In the Matter of the Arbitration of the Claim of SALOMON SALOMON, Respondent, *v.* SOLOMON G. SALOMON et al., Appellants.

*Matter of Salomon* v. *Salomon,* 150 App. Div. 897, affirmed.
(Argued February 9, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 16, 1912, affirming a judgment in favor of plaintiff entered upon the award of an arbitrator under an agreement pursuant to section 2366 of the Code of Civil Procedure to submit to arbitration differences arising between the parties as to certain accounts.

*S. G. Nissenson* and *B. F. Einstein* for appellants.

*Leo Oppenheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and CARDOZO, JJ. Not sitting: MILLER, J.

KINSTON COTTON MILLS, Appellant, *v.* PERCIVAL KUHNE et al., Respondents.

*Kinston Cotton Mills* v. *Kuhne,* 149 App. Div. 945, affirmed.
(Argued January 29, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1912, affirming a judgment in favor of defendants entered upon a verdict in an action to recover money had and received by the defendants for the use of the plaintiff.

*Martin L. Stover* and *Edwin Blumenstiel* for appellant.

*George T. Hogg* and *Antonio Knauth* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.